IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: Bishop
_____

| | | |
|---|---|---|
| Romie David Bishop, | : | |
| | : | |
| Appellant | : | C. A. No. 15-284-RGA |
| | : | |
| | : | Bankruptcy Case No. 12-50912 |
| Federal National Mortgage Asso., Inc., | : | |
| Fannie Mae CMO, Inc., Federal National | : | |
| Mortgage Asso., | : | |
| | : | |
| Appellees | : | AP No. 15-11 |

## **RECOMMENDATION**

At Wilmington this **10th** day of **April, 2014**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, Magistrate Judge Thynge reviewed the documents filed on this court's docket regarding an appeal of various orders from Bankruptcy Court entered October 8 and 31 and November 7, 2014, and March 2, 2015 to determine the appropriateness of mediation in this matter. The appeal was docketed on April 1, 2015 in this court. Appellant's designation of the record on appeal on April 2, 2015 essentially requests the entire docket of the Bankruptcy Court be included. Appellees filed a counter designation on April 9, 2015.

WHEREAS, as a result of the above screening process, the orders address issues that are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the

expense of the process. Further, prior contact with Appellant regarding certain related appeals which began in 2001 and number more than fifteen, indicates that Appellant is not interested in any form of ADR or mediation and prefers to proceed with the appellate process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Through this Recommendation, the parties are advised they may file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE